**Fill in this information to identify the case:**

Debtor name  **Public Bikes, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____  **X** /s/ **Gregory Sherwood Cohelan**
Signature of individual signing on behalf of debtor

**Gregory Sherwood Cohelan**
Printed name

**Authorized Individual**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Public Bikes, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 547-551 Hayes LLC c/o Law Offices of Janet Brayer 456 Montgomery Street, 20th Floor San Francisco, CA 94104 | | Liability on lease | Unliquidated Disputed | | | $217,669.27 |
| Banchero Law Firm 601 California Street, Suite 1300 San Francisco, CA 94108 | | Legal services | | | | $25,223.62 |
| CyberSource c/o Landry and Jacobs, LLC 50 North Laura Street, Suite 2500 Jacksonville, FL 32202 | | Trade Debt | Disputed | | | $1,800.00 |
| Frank Chan 1802 Leavenworth Street San Francisco, CA 94109 | | Promissory Note | | | | $2,926.40 |
| Furlong Trust c/o Aaron & Stephanie Furlong 2271 26th Street Santa Monica, CA 90405 | | Promissory Note | | | | $6,200.00 |
| Little Harbour SAZ, LLC 2490 Gordon Drive Naples, FL 34102 | | Promissory Note | | | | $40,964.64 |
| Matthew Wyckoff 325 East 41st Street, Suite 107 New York, NY 10017 | | Promissory Note | | | | $6,200.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Meganne Houghton-Berry Corner Green South Drive VIRGINIA WATER, Surrey Great Britain    GU25 4JS | | Promissory Note | | | | $5,851.56 |
| Premier Wine Group, LLC 135 Third Street, Suite 100 San Rafael, CA 94901 | | Promissory Note | | | | $37,200.00 |
| Robert J. Kamerschen 204 Parade Hill Road New Canaan, CT 06840 | | Promissory Note | | | | $124,000.00 |
| Squar Milner LLP 18500 Von Karman Ave., 10th Floor Irvine, CA 92612 | | Accounting Services | | | | $1,601.71 |
| Taylor Revocable Trust c/o Matthew J. Taylor, Trustee 55 Ardilla Road Orinda, CA 94563 | | Promissory Note | | | | $29,130.08 |
| Willing Industry Co., Ltd No. 325, Sec. 2, Zhongshan Rd. Dajia, Taichung 437 Taiwan  R.O.C. | | Trade Debt | Disputed | | | $278,812.76 |

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 3 of 30

Debtor name **Public Bikes, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____ 475,373.50

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____ 475,373.50

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 14,217.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____ 1,148,336.60

4. **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b

    $ 1,162,553.60

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 4 of 30

**Fill in this information to identify the case:**

Debtor name   **Public Bikes, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:     **42,124.68** - **42,124.68** =.... **$0.00**

               face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**

          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$0.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Intellectual property subject to license | $0.00 | Purchase Option | $150,000.00 |

| | | | | |
|---|---|---|---|---|
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $150,000.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☐ Yes

Case: 20-30310   Doc# 2   Filed: 03/31/20   Entered: 03/31/20 12:14:31   Page 6 of 30

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)
       **Rights under Asset Purchase**          200,000.00  -              0.00  =
       **Agreement and Intellectual Property**  _____   _____
       **License dated September 7, 2017.**     Total face amount   doubtful or uncollectible amount
       **$200,000 payable 1/31/2021;**
       **additional subsequent amounts**
       **contingent**                                                      **$200,000.00**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Claim against Nicole Bald for breach of sublease,**
       **collectibility unknown**                                          **Unknown**
       Nature of claim
       Amount requested                    $0.00

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **Cash seized by Sheriff pursuant to writ of attachment**          **$85,022.37**

       **Cash held by attorney Janet Brayer pursuant to writ of attachment / assignment**  **$40,351.13**

78.    **Total of Part 11.**                                     | **$325,373.50** |
       Add lines 71 through 77. Copy the total to line 90.

Case: 20-30310   Doc# 2   Filed: 03/31/20   Entered: 03/31/20 12:14:31   Page 7 of 30

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 8 of 30

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $325,373.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $475,373.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $475,373.50 |

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 9 of 30

**Fill in this information to identify the case:**

Debtor name     **Public Bikes, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Banchero Law Firm**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets, including Rights under Asset Purchase Agreement and Intellectual Property Licensedated September 7, 2017. $200,000 payable 1/31/2021; additional subsequent amounts contingent** | $14,217.00 | $200,000.00 |

**601 California Street, Suite 1300**
**San Francisco, CA 94108**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.     Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $14,217.00

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Case: 20-30310     Doc# 2     Filed: 03/31/20     Entered: 03/31/20 12:14:31     Page 10 of 30

## Fill in this information to identify the case:

Debtor name **Public Bikes, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217,669.27 |
|---|---|---|---|
| | **547-551 Hayes LLC**<br>**c/o Law Offices of Janet Brayer**<br>**456 Montgomery Street, 20th Floor**<br>**San Francisco, CA 94104** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/12/2014 | Basis for the claim:  **Liability on lease** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,400.00 |
|---|---|---|---|
| | **Andrew Herrick**<br>**P. O. Box 5014**<br>**Laguna Beach, CA 92652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/31/2017 | Basis for the claim:  **Promissory Note** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,223.62 |
|---|---|---|---|
| | **Banchero Law Firm**<br>**601 California Street, Suite 1300**<br>**San Francisco, CA 94108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Legal services** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|
| | **CyberSource**<br>**c/o Landry and Jacobs, LLC**<br>**50 North Laura Street, Suite 2500**<br>**Jacksonville, FL 32202** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          49903          Best Case Bankruptcy

Case: 20-30310   Doc# 2   Filed: 03/31/20   Entered: 03/31/20 12:14:31   Page 11 of 30

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,926.40 |
|---|---|---|---|

**Frank Chan**
**1802 Leavenworth Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |
|---|---|---|---|

**Furlong Trust**
**c/o Aaron & Stephanie Furlong**
**2271  26th Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,964.64 |
|---|---|---|---|

**Little Harbour SAZ, LLC**
**2490 Gordon Drive**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |
|---|---|---|---|

**Matthew Wyckoff**
**325 East 41st Street, Suite 107**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,851.56 |
|---|---|---|---|

**Meganne Houghton-Berry**
**Corner Green South Drive**
**VIRGINIA WATER, Surrey**
**Great Britain    GU25 4JS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,200.00 |
|---|---|---|---|

**Premier Wine Group, LLC**
**135 Third Street, Suite 100**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248,000.00 |
|---|---|---|---|

**Robert J. Forbes**
**2164 Hyde Street, Unit 816**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 12 of 30

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,356.56 |
|---|---|---|---|

**3.12**

Nonpriority creditor's name and mailing address

**Robert J. Forbes**
**2164 Hyde Street, Unit 816**
**San Francisco, CA 94109**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity claim respecting alter ego claim asserted by 547-551 Hayes LLC. Claim amount is fees to date, but litigation is ongoing.

Is the claim subject to offset? ■ No ☐ Yes

$48,356.56

---

**3.13**

Nonpriority creditor's name and mailing address

**Robert J. Kamerschen**
**204 Parade Hill Road**
**New Canaan, CT 06840**

Date(s) debt was incurred 3/31/2017

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

$124,000.00

---

**3.14**

Nonpriority creditor's name and mailing address

**Squar Milner LLP**
**18500 Von Karman Ave., 10th Floor**
**Irvine, CA 92612**

Date(s) debt was incurred 5/19/2004

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

Is the claim subject to offset? ■ No ☐ Yes

$1,601.71

---

**3.15**

Nonpriority creditor's name and mailing address

**Taylor Revocable Trust**
**c/o Matthew J. Taylor, Trustee**
**55 Ardilla Road**
**Orinda, CA 94563**

Date(s) debt was incurred 3/31/2017

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

$29,130.08

---

**3.16**

Nonpriority creditor's name and mailing address

**Wilkinson 2008 Trust**
**c/o Lawrence Wilkinson, Trustee**
**1914 Lake Street**
**San Francisco, CA 94121**

Date(s) debt was incurred 3/31/2017

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

$62,000.00

---

**3.17**

Nonpriority creditor's name and mailing address

**Willing Industry Co., Ltd**
**No. 325, Sec. 2, Zhongshan Rd.**
**Dajia, Taichung 437**
**Taiwan  R.O.C.**

Date(s) debt was incurred various 2016-17

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$278,812.76

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Case: 20-30310   Doc# 2   Filed: 03/31/20   Entered: 03/31/20 12:14:31   Page 13 of 30

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,148,336.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,148,336.60 |

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 14 of 30

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement and Intellectual Property License, both dated September 7, 2017** | |
| State the term remaining | **expires 9/6/2027** | **BikeSmart, Inc.** |
| List the contract number of any government contract | | **Headland Ventures, LLC** <br> **55 Leveroni Court** <br> **Novato, CA 94949** |

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 15 of 30

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 16 of 30

Fill in this information to identify the case:

Debtor name **Public Bikes, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Asset Purchase Agreement** | **$40,351.13** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Asset Purchase Agreement** | **$39,764.72** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Asset Purchase Agreement** | **$79,935.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 17 of 30

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **547-551 Hayes LLC v. Public Bikes, Inc. et al.**<br>CGC-19-574517 | **Breach of real property lease** | **San Francisco Superior Court**<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **In re Public Bikes, Inc.**<br>CPF-19-516931 | **Petition for Judicial Supervision of Voluntary Winding Up** | **San Francisco Superior Court**<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| 547-551 Hayes LLC<br>c/o Law Offices of Janet Brayer<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Cash seized by Sheriff pursuant to prejudgement attachment | $85,022.37 |
| | **Case title**<br>547-551 Hayes LLC v. Public Bikes, Inc.<br>**Case number**<br>CGC-19-574517<br>**Date of order or assignment**<br>1/2/2020 | **Court name and address**<br>San Francisco Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 |
| **Custodian's name and Address** | **Describe the property** | **Value** |
| 547-551 Hayes LLC<br>c/o Law Offices of Janet Brayer<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Cash held by creditor's counsel pursuant to prejudgement writ of attachment / assignment order | $40,351.13 |
| | **Case title**<br>547-551 Hayes LLC v. Public Bikes, Inc.<br>**Case number**<br>CGC-19-574517<br>**Date of order or assignment**<br>1/2/2020 | **Court name and address**<br>San Francisco Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 |

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **St. James Law, P.C.**<br>**22 Battery Street, Suite 888**<br>**San Francisco, CA 94111** | | | **$11,717.00** |
| | **Email or website address**<br>**michael@stjames-law.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Banchero Law Firm LLP** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1686 Arbor Way**<br>**Healdsburg, CA 95448** | **10/3/2019 to 11/16/2019** |
| 14.2. | **1211 Folsom Street, 4th Floor**<br>**San Francisco, CA 94103** | **1/3/2017 to 10/3/2019** |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 20 of 30

| Part 9: | Personally Identifiable Information |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Bridge Storage** **23 Maine Avenue** **Richmond, CA 94804** | **Robert Forbes, Rebecca Richards** | **Boxes of documents, transferred to Banchero Law Firm LLP in February, 2020** | ☑ **No** ☐ **Yes** |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Case: 20-30310     Doc# 2     Filed: 03/31/20     Entered: 03/31/20 12:14:31     Page 21 of 30

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Rebecca Richards** **1686 Arbor Way** **Healdsburg, CA 95448** | **May 2019 to present** |
| 26a.2. | **Karisa Chin** **Squar Milner LLP** **135 Main St., 9th Floor** **San Francisco, CA 94105** | **2014 to present** |
| 26a.3. | **Ashley Cosgrove** **Current address unknown** | **October 2017 to May 2019** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Squar Milner LLP**<br>**18500 Von Karman Ave., 10th Floor**<br>**Irvine, CA 92612** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Banchero Law Firm**<br>**601 California Street, Suite 1300**<br>**San Francisco, CA 94108** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lawrence Wilkinson | 1914 Lake Street<br>San Francisco, CA 94121 | | |
| Robert J. Forbes | 2164 Hyde Street, Unit 816<br>San Francisco, CA 94109 | | |
| Andrew Herrick | P. O. Box 5014<br>Laguna Beach, CA 92652 | | |
| Gregory  Sherwood Cohelan | 53 Karl Avenue<br>San Anselmo, CA 94960 | Director | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case: 20-30310    Doc# 2    Filed: 03/31/20    Entered: 03/31/20 12:14:31    Page 23 of 30

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| George Eubanks | 25431 Classic Drive Mission Viejo, CA 92691 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kenneth Conner | 94 San Marino Drive San Rafael, CA 94901 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No

   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No

   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No

   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  _____

   /s/ Gregory Sherwood Cohelan              **Gregory Sherwood Cohelan**
   Signature of individual signing on behalf of the debtor    Printed name

   Position or relationship to debtor    **Authorized Individual**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case: 20-30310   Doc# 2   Filed: 03/31/20   Entered: 03/31/20 12:14:31   Page 24 of 30

# United States Bankruptcy Court
## Northern District of California

In re **Public Bikes, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex Cichy**<br>**9 Manderly Rd**<br>**San Rafael, CA 94901** | **Common** | **5000** | |
| **American Cyclery**<br>**c/o Bradley Woehl**<br>**858 Stanyan Street**<br>**San Francisco, CA 94117** | **Common** | **10000** | |
| **Andrew Herrick**<br>**P. O. Box 5014**<br>**Laguna Beach, CA 92652** | **Series A Preferred** | **25000** | |
| **Andrew Herrick**<br>**P. O. Box 5014**<br>**Laguna Beach, CA 92652** | **Common** | **2500** | |
| **Antonio Bertone**<br>**One Design Center Place**<br>**Suite 8C**<br>**Boston, MA 02210** | **Common** | **5000** | |
| **Barbara Lyster Trust**<br>**c/o Barbara Lyster**<br>**37 Ocean Heights Drive**<br>**Newport Coast, CA 92657** | **Series A Preferred** | **375990** | |
| **Bret Thomas Hewitt**<br>**516  D Street**<br>**Davis, CA 95616** | **Series A Preferred** | **100422** | |
| **Brock T Lyster**<br>**611 Allview Place**<br>**Laguna Beach, CA 92651** | **Series A Preferred** | **200000** | |
| **Brock T. Lyster Profit Plan**<br>**c/o Brock T. Lyster, Trustee**<br>**611 Allview Place**<br>**Laguna Beach, CA 92651** | **Series A Preferred** | **300000** | |
| **Carol Coletta**<br>**8 E. Randolph Street, Unit 1205**<br>**Chicago, IL 60601** | **Common** | **5000** | |
| **Casa Blanca Ventures, LLC**<br>**5101 N. Casa Blanca Dr. $31**<br>**Paradise Valley, AZ 85253** | **Series A Preferred** | **25000** | |

Sheet 1 of 6 in List of Equity Security Holders

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clinton Reilly**<br>**400 California Street, Suite 1600**<br>**San Francisco, CA 94104** | **Series A**<br>**Preferred** | **100000** | |
| **Clinton Reily Family Trust**<br>**400 California Street, Suite 1600**<br>**San Francisco, CA 94104** | **Series A**<br>**Preferred** | **46213** | |
| **Dan Shapiro**<br>**100 Seton Street**<br>**Santa Cruz, CA 95060** | **Common** | **50000** | |
| **Daniel Toman**<br>**2070 Fell Street, Apt 8**<br>**San Francisco, CA 94117** | **Common** | **20417** | |
| **David Barnard**<br>**2775 Cavedale Rd**<br>**Glen Ellen, CA 95442** | **Common** | **40000** | |
| **Erik Spiekerman**<br>**30 Cove Road**<br>**Belvedere Tiburon, CA 94920** | **Series A**<br>**Preferred** | **50000** | |
| **Erik Spiekerman**<br>**30 Cove Road**<br>**Belvedere Tiburon, CA 94920** | **Common** | **10000** | |
| **Frank Chan**<br>**1802 Leavenworth Street**<br>**San Francisco, CA 94109** | **Series A**<br>**Preferred** | **25000** | |
| **Furlong Trust**<br>**c/o Aaron & Stephanie Furlong**<br>**2271  26th Street**<br>**Santa Monica, CA 90405** | **Series A**<br>**Preferred** | **50000** | |
| **Glen Gauthier**<br>**5758 Geary Blvd, #421**<br>**San Francisco, CA 94121** | **Series A**<br>**Preferred** | **50000** | |
| **Heller Designs Profit Plan**<br>**149 Fifth Avenue**<br>**New York, NY 10010** | **Series A**<br>**Preferred** | **50000** | |
| **Jane Martin**<br>**2717 Harrison Street**<br>**San Francisco, CA 94110** | **Common** | **2000** | |

List of equity security holders consists of 6 total page(s)

In re: **Public Bikes, Inc.** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Sand**<br>**449 Bryant Street**<br>**San Francisco, CA 94107** | **Common** | **5000** | |
| **Jeff Speck**<br>**1561 Beacon Street #3**<br>**Brookline, MA 02446** | **Common** | **2000** | |
| **Jerome T Weiss & Judith Salomon JTWROS**<br>**1600 Midland Building**<br>**101 Prospect Ave W**<br>**Cleveland, OH 44115** | **Series A**<br>**Preferred** | **43434** | |
| **John Bielenberg**<br>**P. O.Box 20914**<br>**Concord, CA 94520** | **Common** | **5000** | |
| **John Foraker**<br>**854 A Street**<br>**Davis, CA 95616** | **Series A**<br>**Preferred** | **150000** | |
| **John Maeda**<br>**Two College Street**<br>**Providence, RI 02903** | **Common** | **5000** | |
| **John Parker Willis**<br>**3298     Pierce Street**<br>**San Francisco, CA 94123** | **Series A**<br>**Preferred** | **221475** | |
| **Jonathan Weiner**<br>**16 Napier Lane**<br>**San Francisco, CA 94133** | **Series A**<br>**Preferred** | **100000** | |
| **Kerry Kilinger & Linda Killinger Trusts**<br>**75 Olumpic Drive NW**<br>**Seattle, WA 98177** | **Series A**<br>**Preferred** | **75000** | |
| **Little Harbour SAZ, LLC**<br>**2490 Gordon Drive**<br>**Naples, FL 34102** | **Series A**<br>**Preferred** | **350000** | |
| **Liz Taylor**<br>**1400 San Pablo Ave**<br>**Berkeley, CA 94072** | **Common** | **5000** | |
| **Mainardi & Kwok Family Trust**<br>**2627 Turk Boulevard**<br>**San Francisco, CA 94118** | **Series A**<br>**Preferred** | **100000** | |

List of equity security holders consists of 6 total page(s)

In re: __Public Bikes, Inc._____   Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Martin N Krasney Trust**<br>**122 Santa Rosa Avenue**<br>**Sausalito, CA 94965** | **Series A**<br>**Preferred** | **75000** | |
| **Matthew Wyckoff**<br>**325 East 41st Street, Suite 107**<br>**New York, NY 10017** | **Seroes A**<br>**Preferred** | **50000** | |
| **Meganne Houghton-Berry**<br>**Corner Green South Drive**<br>**VIRGINIA WATER, Surrey**<br>**Great Britain   GU25 4JS** | **Series A**<br>**Preferred** | **50000** | |
| **Natalie Hwang**<br>**650 Sixth Avenue Apt 4A**<br>**New York, NY 10011** | **Series A**<br>**Preferred** | **25000** | |
| **Nion T. McEvoy**<br>**Hall Capital Partners**<br>**One Maritime Plaza Suite 500**<br>**San Francisco, CA 94111** | **Series A**<br>**Preferred** | **50000** | |
| **Pamela Bittner**<br>**4210 Morning Sun Drive**<br>**Bozeman, MT 59715** | **Series A**<br>**Preferred** | **25000** | |
| **Pamela Griggs Frame**<br>**1464 Del Mar Avenue**<br>**Laguna Beach, CA 92651** | **Common** | **2500** | |
| **Paula Storti**<br>**417 A  East Washington Blvd**<br>**San Francisco, CA 94129** | **Series A**<br>**Preferred** | **25000** | |
| **Premier Wine Group, LLC**<br>**135 Third Street, Suite 100**<br>**San Rafael, CA 94901** | **Series A**<br>**Preferred** | **100000** | |
| **Richard C Marcus**<br>**913 Terrace Mountain Dr.**<br>**Austin, TX 78746** | **Series A**<br>**Preferred** | **50000** | |
| **Robert J. Forbes**<br>**2164 Hyde Street, Unit 816**<br>**San Francisco, CA 94109** | **Series A**<br>**Preferred** | **644063** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re: **Public Bikes, Inc.** _____ Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert J. Forbes**<br>**2164 Hyde Street, Unit 816**<br>**San Francisco, CA 94109** | **Common** | **1116000** | |
| **Robert J. Kamerschen**<br>**204 Parade Hill Road**<br>**New Canaan, CT 06840** | **Series A**<br>**Preferred** | **504000** | |
| **Ron Johnson**<br>**10351 Bubb Rd**<br>**Cupertino, CA 95104** | **Common** | **5000** | |
| **Schneider Trust**<br>**c/o Hope and Peter Schneider**<br>**734 Flintridge Ave.**<br>**La Canada Flintridge, CA 91011** | **Series A**<br>**Preferred** | **100000** | |
| **Selle Royal, SPA**<br>**Via Vittorio Emmanuele**<br>**Pozzoleone, Vicenza**<br>**Italia, 36050** | **Series A**<br>**Preferred** | **10000** | |
| **Shona Brown**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **Series A**<br>**Preferred** | **250000** | |
| **Sophie Louvel Schmitt**<br>**263 Commonwealthy Ave, Unit 5**<br>**Boston, MA 02116-1648** | **Series A**<br>**Preferred** | **50000** | |
| **Sound Check Investment Partners**<br>**94 San Marino Drive**<br>**San Rafael, CA 94901** | **Seris A**<br>**Preferred** | **643945** | |
| **Susan Kare**<br>**1 Presidio Avenue**<br>**San Francisco, CA 94115** | **Common** | **5000** | |
| **Susan Szenazy**<br>**61 W 23rd Street, 4th Floor**<br>**New York, NY 10010** | **Common** | **5000** | |
| **Taylor Revocable Trust**<br>**c/o Matthew J. Taylor, Trustee**<br>**55 Ardilla Road**<br>**Orinda, CA 94563** | **Series A**<br>**Preferred** | **223894** | |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Public Bikes, Inc.**                 Case No. _____

                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Wilson Trust<br>c/o James and Toni Wilson<br>9 Sagebrush Ct<br>San Rafael, CA 94901** | **Series A<br>Preferred** | **100000** | |
| **Victor Penner<br>7195 Selkirk Street<br>Vancouver, BC<br>Canada   V6P 6J4** | **Common** | **5000** | |
| **White Road Investments<br>1451  66th Street<br>Emeryville, CA 94608** | **Series A<br>Preferred** | **368802** | |
| **Wilkinson 2008 Trust<br>c/o Lawrence Wilkinson, Trustee<br>1914 Lake Street<br>San Francisco, CA 94121** | **Series A<br>Preferred** | **303875** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Authorized Individual** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____     Signature  **/s/ Gregory Sherwood Cohelan**

                                              **Gregory Sherwood Cohelan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.